# ELECTRONIC RECORD

**782-15**
**783-15**

COA # 05-14-00382-CR

OFFENSE: 46.04

STYLE: Vincent Ray Settles v. The State of Texas

COUNTY: Dallas

COA DISPOSITION: AFFIRM

TRIAL COURT: Criminal District Court No. 3

DATE: 06/03/15          Publish: NO

TC CASE #: F14-00085-J

---

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Vincent Ray Settles v. The State of Texas

CCA #: **782-15**
**783-15**

_____PRO SE_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: 11/04/2015

SIGNED: _____     PC: _____

JUDGE: _Per Curiam_

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD